UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$90,804.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:08-CV-1133-RLH (PAL) |

### AMENDED ORDER FOR AMENDED SUMMONS AND WARRANT OF ARREST IN REM FOR THE PROPERTY AND NOTICE

An Amended Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America, pursuant to Fed. R. Civ. P. Supp. Rule G. The Court, having reviewed the Amended Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue an Amended Summons and Warrant of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that an Amended Summons and Warrant of Arrest in Rem for the Property issue against the property; the United States of America seizes, arrests, takes into custody, and retains the $90,804.00 U.S. CURRENCY; and all persons claiming an interest in the property must file a verified claim, pursuant to Fed. R. Civ. P. Supp. Rule G(4) and (5), within 35 days after the notice is sent or, if direct notice was not sent, 30 days after final publication of legal notice. The person asserting such interest in property must serve and must file an answer to the United States's Amended Complaint for Forfeiture in Rem within 21 days after filing

the claim, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(b). The claim and the answer must be served upon the Office of the United States Attorney at the time of filing, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(a) and (b). Failure to file a verified claim and an answer within the prescribed time shall result in a judgment of forfeiture by default.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States of America by publication of a notice pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iii), and that a copy of the Complaint for Forfeiture In Rem, this Amended Order, the Amended Summons and Warrant of Arrest in Rem for the Property, and the Amended Notice of Complaint for Forfeiture and Arrest of Property be personally served, or if unable to effect personal service, sent by certified mail, return receipt requested, and regular mail, to all persons claiming an interest in the property.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of America shall file proof of publication and service with the Clerk of this Court.

DATED this 14th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE